# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154436(91)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREW FRANKLIN WOODBURN,
      Defendant-Appellant.
_____/

SC: 154436
COA: 320718
Cheboygan CC: 13-004757-FC

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 56-page application submitted on September 16, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016

